UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PACIFIC CONNECTIONS OF CALIFORNIA, INC.               Docket No. 08 Civ 6627 (PAC)
                                Plaintiff,

            -against-

WILSONS LEATHER HOLDINGS INC.,
PREVU INCORPORATED,
                                Defendants.
-----------------------------------------------------------------X

**PLAINTIFF'S ORDER TO SHOW CAUSE FOR AN ORDER OF ATTACHMENT
AND FOR A PRELIMINARY INJUNCTION**

Upon reading and filing the Complaint, plaintiff's Application for an Order to Show Cause for an Order of Attachment and for a Preliminary Injunction, the Affidavit of Martin Terzian dated July 22, 2008, with Exhibits, the Affirmation of Vano I. Haroutunian dated July 22, 2008, with Exhibits and Plaintiff's Memorandum of Law, all filed concurrently herewith, from which it appears: (1) that defendant PreVu Incorporated is a foreign corporation not qualified to do business within The State of New York and that plaintiff has a cause of action against said defendant to recover damages of $ 372,143.95 which defendant has retained in a manner constituting either conversion, unjust enrichment, quasi contract, or requiring the imposition of a constructive trust or an equitable lien and that it is likely that plaintiff will prevail on the merits of said claims and that the amount exceeds all counterclaims known to plaintiff; (2) that defendants Wilsons Leather Holdings Inc. and PreVu Incorporated's perilous financial situation and impending bankruptcy threaten plaintiff with irreparable harm if a preliminary injunction is not granted; and that plaintiff has demonstrated likelihood of success on the merits of its abovementioned claims; or that plaintiff has raised

sufficiently serious questions going to the merits to make them a fair ground for litigation and the balance of hardships tips decidedly in plaintiff's favor.

IT IS THEREFORE ORDERED, that defendant PreVu Incorporated show cause before this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, on ~~July~~ August 6, 2008, 3:15 o'clock p.m., in Courtroom 20C, ~~or as soon thereafter as counsel can be heard~~ why this Court should not enter an Order:

  a. Attaching the property and all interests in property of defendant PreVu Incorporated, up to the value of plaintiff's Claims for Relief in the sum of $ 372,143.95 with interest beginning from August 31, 2006, and directing the United States Marshal to levy upon said property of Wilsons The Leather Experts Inc. and PreVu Incorporated in every place where it may be found; and/or

  b. granting a preliminary injunction against defendants Wilsons Leather Holdings Inc., and PreVu Incorporated, requiring them to post a bond in the amount of $ 372,143.95 or in the alternate granting plaintiff a lien against defendants property in the amount of $ 372,143.95.

IT IS FURTHER ORDERED, that service of this Order to Show Cause and the papers filed with the Application therefore, by delivery via FedEx Overnight delivery to defendants Wilsons Leather Holdings Inc. and PreVu Incorporated addressed to their corporate headquarters at 7401 Boone Ave. N., Brooklyn Park, MN 55428, on or before July 30, 2008, at 5 o'clock p.m., be deemed sufficient service. Defendants' opposition, if any, shall be filed and served by personal delivery to plaintiff's attorneys, Ballon Stoll Bader & Nadler, P.C., 729 Seventh Avenue, 17th Floor,

New York, New York 10019, Attention: Vano Haroutunian, Esq., on or before 11:00am on 8/5, 2008.

*Paul Crotty* July 29, 2008
United States District Judge 6:15pm