UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PACIFIC CONNECTIONS OF CALIFORNIA, INC.                    Docket No. 08 Civ. 6627 (PAC)
                          Plaintiff,


              -against-


WILSONS LEATHER HOLDINGS INC.,
                                                          AFFIRMATION OF SERVICE
PREVU INCORPORATED,
                          Defendants.
-----------------------------------------------------------------X

            DANIELE DERMESROPIAN hereby certifies as follows:

            I am an attorney-at-law of the State of New York.  I hereby certify that on July 30, 2008,

I caused a copy of Plaintiff's Order to Show Cause for an Order of Attachment and for

Preliminary Injunction, Plaintiff's Application for an Order of Attachment and for Preliminary

Injunction, the Civil Cover Sheet, the Summons and the Complaint, Plaintiff's Memorandum of

Law in Support of its Motion, the Declaration of Martin Terzian and the Declaration of Vano

Haroutunian, Esq., to be served on the following Defendants by FEDEX OVERNIGHT

DELIVERY:


Stacy A. Kruse
Wilsons Leather Holdings Inc.
7401 Boone Ave. N.
Brooklyn Park, MN 55428

Stacy A. Kruse
PreVu Incorporated
7401 Boone Ave. N.
Brooklyn Park, MN 55428


                                              DANIELE DERMESROPIAN