```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 5 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PACIFIC CONNECTIONS OF CALIFORNIA, INC.    Index No.: 08 CIV 6627

                Plaintiff,

      -against-    **SCHEDULING ORDER**

WILSON'S LEATHER HOLDINGS INC., PREVU
INCORPORATED,

                Defendants.

------------------------------------------------------------------X

    IT IS ORDERED, that defendant PreVu Incorporated show cause before this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, on August 20, 2008, 2:15 o'clock p.m. in Courtroom 11-C.

    IT IS FURTHER ORDERED, that Defendants' opposition, if any, shall be filed and served by personal delivery to plaintiff's attorneys, Ballon Stoll Bader & Nadler, P.C., 729 Seventh Avenue, 17th Floor, New York, New York 10019, Attention: Vano Haroutunian, Esq., on or before 11:00 a.m. on August 12, 2008.

Dated: New York, NY
       August 5, 2008

                                      _____
                                           United States District Judge

19392.1

**JENNER&BLOCK**

August 4, 2008

Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
Tel 212-891-1600
www.jenner.com

Chicago
New York
Washington, DC

**VIA E-MAIL**

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 20-C
New York, NY 10007

Susan J. Kohlmann
Tel  212 891-1690
Fax  212 909-0821
skohlmann@jenner.com

Re:   *Pacific Connections of California, Inc. v. Wilson Leather Holdings Inc., Prevu Incorporated,* 08 Civ 6627 (PAC) Request for Extension of Time For Response and Postponement of Hearing on Order To Show Cause

Dear Judge Crotty:

I am writing on behalf of Defendants Wilson Leather Holdings Inc, and Prevu Incorporated in the above-referenced matter. I have just been retained to represent the defendants in this matter. Defendants' opposition is to be filed and served by 11:00 am tomorrow morning and the hearing on the order to show cause is scheduled to be heard on August 6 at 3:15 p.m. No previous request for adjournment has been made. Defendants have requested an adjournment of one week and Plaintiff has consented. Accordingly the parties propose that Defendants' opposition be filed and served by 11:00 a.m., August 12, 2008, and the hearing on the order to show cause be heard on August 14, 15 or 18.

Respectfully submitted,

Susan J. Kohlmann

cc: Vano I Haroutunian Esq. (Attorney for Plaintiff) by e-mail

19389.1

# BALLON STOLL BADER & NADLER, P.C.
COUNSELLORS AT LAW   FOUNDED 1931

729 Seventh Avenue
New York, NY 10019-6831
Tel: 212-575-7900   Fax: 212-764-5060
www.ballonstoll.com

Affiliate offices:
Hackensack, New Jersey
Philadelphia, Pennsylvania

Vano I. Haroutunian
212-575-7900 ext. 3285
vharoutunian@ballonstoll.com

August 5, 2008

**BY HAND DELIVERY**
Honorable Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Room 735
New York, NY 10007

    Re:    Pacific Connections of California, Inc. v. Wilsons Leather Holdings, Inc. *et al.*
            Index No. 08 Civ 6627
            **Our File No. 16534-028**

Honorable Sir:

    We represent the Plaintiff, Pacific Connections of California, Inc. ("PCI") in the above matter. We write to substantiate and to add to Defendants' counsel's representation that Plaintiff has consented to a one week adjournment.

    Defendants' counsel contacted me yesterday requesting an extension of time to file her clients' opposition papers. I granted her my consent <u>contingent</u> upon her representation to me that Wilson's CFO would confirm, in writing, that Defendants will preserve the sum of $372,143.95 to be disbursed to PCI should Plaintiff prevail.

    We thank the Court for its attention to this matter.

Very truly yours,

Vano I. Haroutunian

Cc:    Susan J. Kohlmann, Esq. (*via email attachment*)
        Pacific Connections.