UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PACIFIC CONNECTIONS OF CALIFORNIA, INC.
                       Plaintiff,

           -against-                           08 Civ. 6627 (PAC)

WILSONS LEATHER HOLDINGS INC.,
PREVU INCORPORATED,
                      Defendants.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 8 2008

## ORDER OF ATTACHMENT
## AND PRELIMINARY INJUNCTION

Upon reading the Complaint, plaintiff's Application for an Order to Show Cause for an Order of Attachment and for a Preliminary Injunction, the Declaration of Martin Terzian dated July 22, 2008, with Exhibits, the Declaration of Vano I. Haroutunian dated July 22, 2008, with Exhibits and Plaintiff's Memorandum of Law, all filed concurrently herewith, from which it appears: (1) that defendant PreVu Incorporated is a foreign corporation not qualified to do business within The State of New York and that plaintiff has a cause of action against said defendant to recover damages of $ 372,143.95 which defendant has retained in a manner constituting either conversion, unjust enrichment, quasi contract, or requiring the imposition of a constructive trust or an equitable lien and that it is likely that plaintiff will prevail on the merits of said claims and that the amount exceeds all counterclaims known to plaintiff; (2) that defendants Wilsons Leather Holdings Inc. and PreVu Incorporated's perilous financial situation and impending bankruptcy threaten plaintiff with irreparable harm if a preliminary injunction is not granted; and that plaintiff has demonstrated likelihood of success on the merits of its abovementioned claims; or that plaintiff has raised

sufficiently serious questions going to the merits to make them a fair ground for litigation and the balance of hardships tips decidedly in plaintiff's favor;

IT IS HEREBY ORDERED THAT the property and all interests in property of defendant PreVu Incorporated, up to the value of plaintiff's Claims for Relief in the sum of $372,143.95 with interest beginning from August 31, 2006 is attached, and the United States Marshal is directed to levy upon said property of Wilsons The Leather Experts Inc. and PreVu Incorporated in every place where it may be found;

IT IS FURTHER ORDERED THAT a preliminary injunction is granted against defendants Wilsons Leather Holdings Inc., and PreVu Incorporated, requiring them to post a bond in the amount of $ 372,143.95, and if such a bond is not posted within Ten (10) days from the date of this Order, then Plaintiff will be granted a lien against defendants' property in the amount of $372,143.95.

IT IS FURTHER ORDERED that the conference scheduled for August 20, 2008 is adjourned.

_____
United States District Judge

Date: August 18, 2008



2

BALLON STOLL BADER & NADLER, P.C.
COUNSELLORS AT LAW           FOUNDED 1931

729 Seventh Avenue
New York, NY 10019-6831
Tel: 212-575-7900   Fax: 212-764-5060
www.ballonstoll.com

Affiliate offices:
Hackensack, New Jersey
Philadelphia, Pennsylvania

August 12, 2008

**By Hand Delivery**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 20-C
New York, New York 10007

Re:   Pacific Connections of California, Inc. v. Wilsons Leather Holdings Inc. and Prevu Incorporated;
      **08 Civ 6627**

Dear Judge Crotty:

As Your Honor knows, we represent Plaintiff in the above referenced case. Earlier this morning, just minutes past their deadline set by the Court to file and serve opposition to Plaintiff's Motion for a Preliminary Injunction, we received from defendants' counsel a letter (*copy enclosed*) notifying the Court that they will not be opposing Plaintiff's Motion for a Preliminary Injunction. In light of Defendants' admitted default, and particularly based on the arguments presented by Plaintiff in my Declaration[1], Plaintiff respectfully requests that the Court grant the Preliminary Injunction at this time.

Plaintiff also notes that Plaintiff had consented to (and the Court had granted) Defendants' request for an extension to give Defendants additional time to oppose our Motion. Notwithstanding the above, Defendants' failure to oppose this Motion, coupled with more recent economic news and negative developments, makes it more likely than ever that Defendants will be taking imminent steps (such as entering bankruptcy) that may further frustrate Plaintiff's efforts to enforce their right as a creditor. Indeed, since Plaintiff filed its Motion for a Preliminary Injunction, Defendants have been delisted from the NASDAQ and have lost nearly

---

[1] Specifically, my Declaration and accompanying exhibits establish Defendants' precarious financial condition; *See, e.g.*, Paragraphs 7-36 and Exhibits 5-7.

half their value[2]. As explained more fully in Plaintiff's Memorandum of Law in Support of its Motion for a Preliminary Injunction, Defendants' own financial statements stated that delisting would likely lead to bankruptcy.

    For the above reasons, we respectfully request that the Court grant Plaintiffs' Motion for a Preliminary Injunction at this time. For the Court's convenience, we have enclosed a proposed Order pursuant to our Application for the Order to Show Cause.

Respectfully Submitted,

Vano Haroutunian

Enclosure

Cc:    Katya Jestin, Esq.
       Martin Terzian.

---

[2] As I write this letter, Wilson's stock price, at 2 P.M., is down 40% from its high for the day.

**JENNER&BLOCK**

August 12, 2008

Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
Tel 212-891-1600
www.jenner.com

Chicago
New York
Washington, DC

**BY EMAIL & FACSIMILE**

The Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 20-C
New York, New York 10007

Katya Jestin
Tel  212 891-1685
Fax  212 891-1699
kjestin@jenner.com

Re:   *Pacific Connections of California, Inc. v. Wilsons Leather Holdings, Inc., Prevu Incorporated,* 08 Civ 6627 (PAC)

Dear Judge Crotty:

We write in reference to plaintiff's Motion for a Preliminary Injunction and Attachment filed on July 29, 2008. On behalf of the defendants in the above-referenced matter, we respectfully advise the Court that we will not be filing papers in opposition to this motion.

Respectfully Submitted,

Katya Jestin

cc:   Vano Haroutunian, Esq. (Attorney for Plaintiff) (via email and facsimile)

