Susan Kohlmann (SK 1855)
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, NY 10022
Tel: (212) 891-1600
Fax: (212) 891-1699
*Attorney for Wilsons Leather Holdings Inc., Prevu Incorporated*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pacific Connections of California, Inc.,<br><br>      Plaintiff,<br><br>    v.<br><br>Wilsons Leather Holdings, Inc., Prevu Incorporated,<br><br>      Defendants. | No. 08 Civ. 6627<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

   PLEASE TAKE NOTICE that upon the annexed Affirmation of Susan Kohlmann, and pursuant to Local Civil Rule 1.4 of the Local Rules of the Southern District of New York, we move this Court for an Order allowing the withdrawal of the firm Jenner & Block LLP as counsel for Wilsons Leather Holdings, Inc., Prevu Incorporated in the above-captioned case. A proposed form of order is submitted in connection with this Motion.

   Dated: August 19, 2008

                      Respectfully submitted,

                      s/
                      Susan Kohlmann (SK 1855)
                      JENNER & BLOCK LLP
                      919 Third Avenue, 37th Floor
                      New York, NY 10022
                      Tel: (212) 891-1600
                      Fax: (212) 891-1699
                      *Attorney for Wilsons Leather*
                      *Holdings, Inc., Prevu*
                      *Incorporated*

Susan Kohlmann (SK 1855)
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, NY 10022
Tel: (212) 891-1600
Fax: (212) 891-1699
*Attorney for Wilsons Leather Holdings, Inc., Prevu Incorporated*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pacific Connections of California, Inc.<br><br>                Plaintiff,<br><br>    v.<br><br>Wilsons Leather Holdings, Inc., Prevu Incorporated,<br><br>                Defendants. | No. 08 Civ. 6627<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

       Pursuant to Local Civil Rule 1.4 of the Local Rules of the Southern District of New York and the attached affirmation of Susan Kohlmann, we hereby respectfully request leave to withdraw as counsel for the defendants in the above-captioned case.

       Dated:  August 19, 2008

                                                 Respectfully submitted,

                                                 s/
                                                 Susan Kohlmann (SK 1855)
                                                 JENNER & BLOCK LLP
                                                 919 Third Avenue, 37th Floor
                                                 New York, NY 10022
                                                 Tel: (212) 891-1600
                                                 Fax: (212) 891-1699
                                                 *Attorney for Wilsons Leather Holdings, Inc., Prevu Incorporated*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2008 I served the foregoing **Motion to Withdraw as Counsel of Record** and accompanying **Affirmation of Susan Kohlmann** upon counsel for Pacific Connections of California, Inc. via email and facsimile.

Respectfully submitted,

s/
Susan Kohlmann
*Attorney for Wilsons Leather Holdings, Inc., Prevu Incorporated*

2

19791

Susan Kohlmann (SK 1855)
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, NY 10022
Tel: (212) 891-1600
Fax: (212) 891-1699
*Attorney for Wilsons Leather Holdings, Inc., Prevu Incorporated*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pacific Connections of California, Inc. <br><br> Plaintiff, <br><br> v. <br><br> Wilsons Leather Holdings, Inc., Prevu Incorporated, <br><br> Defendants. | No. 08 Civ. 6627 <br><br> **PROPOSED FORM OF ORDER TO WITHDRAW AS COUNSEL** |

Upon reviewing counsel for defendants Motion to Withdraw as Counsel of Record and the accompanying affirmation of Susan Kohlmann,

IT IS HEREBY ORDERED that said Motion to Withdraw as Counsel of Record is granted.

Dated:  August 19, 2008

                                                                         Respectfully submitted,

                                                                         s/ _____
                                                                         Susan Kohlmann (SK 1855)
                                                                         JENNER & BLOCK LLP
                                                                         919 Third Avenue, 37th Floor
                                                                         New York, NY 10022
                                                                         Tel: (212) 891-1600
                                                                         Fax: (212) 891-1699
                                                                         *Attorney for Wilsons Leather Holdings, Inc., Prevu Incorporated*

2

SO ORDERED

Dated:

_____
The Honorable Paul A. Crotty, U.S.D.J.

19798