Susan Kohlmann (SK 1855)
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, NY 10022
Tel: (212) 891-1600
Fax: (212) 891-1699
*Attorney for Wilsons Leather Holdings, Inc., Prevu Incorporated*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pacific Connections of California, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Wilsons Leather Holdings, Inc., Prevu Incorporated,<br><br>Defendants. | No. 08 Civ. 6627<br><br>**AFFIRMATION OF SUSAN KOHLMANN** |

Susan Kohlmann, an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York, affirms under the penalty of perjury as follows:

1. I am submitting this affidavit in support of my Motion to Withdraw as counsel for defendants Wilsons Leather Holdings, Inc. and Prevu Incorporated in the above-captioned matter ("defendants").

2. I have been advised by the defendants in the above-captioned matter that they do not intend to defend this lawsuit and, accordingly, no longer require my services as counsel.

Dated: August 19, 2008

                s/ _____
                Susan Kohlmann (SK 1855)

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2008 I served the foregoing **Motion to Withdraw as Counsel of Record** and accompanying **Affirmation of Susan Kohlmann** upon counsel for Pacific Connections of California, Inc. via email and facsimile.

Respectfully submitted,

s/
Susan Kohlmann
*Attorney for Wilsons Leather Holdings, Inc., Prevu Incorporated*