UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PACIFIC CONNECTIONS OF CALIFORNIA, INC.

                                                             08 CV 6627

                Plaintiff,

   -against-

                                                          **DEFAULT JUDGMENT**

WILSONS LEATHER HOLDINGS INC.,
PREVU INCORPORATED
                           Defendants,
------------------------------------------------------------------X

      This action having been commenced on July 25, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendants WILSONS LEATHER HOLDINGS INC. ("WLH") and PREVU INCORPORATED ("PreVu") (formerly known as Wilsons The Leather Experts Inc. ("WLE")) (collectively "defendants") by delivering a true copy of the original documents to STACY A. KRUSE, Chief Financial Officer of WLH and STACY A. KRUSE, Chief Financial Officer of PreVu by FEDEX OVERNIGHT DELIVERY on July 30, 2008 and proof of Service having been filed on August 4, 2008. The defendants not having answered the Complaint and the time for answering the Complaint having expired, and defendants by letter to the Court dated August 12, 2008 having specifically stated that they will <u>not oppose plaintiff's Motion</u> for a Preliminary Injunction and Attachment, and counsel for the defendants Susan Kohlmann having filed her Motion to Withdraw as Counsel of Record on August 19, 2008, expressly affirming to the Court that <u>defendants "do not intend to defend this lawsuit"</u>, it is

      **ORDERED, ADJUDGED AND DECREED**: That the Plaintiff shall have judgment against WLH, PreVu and any subsidiary or affiliated company of defendants in the amount of

$372,143.95, together with interest from August 31, 2006, amounting to $410,835.94 as of August 20, 2008, plus costs and disbursements of this action in the amount of $350.00, amounting in all to $411,185.94; and it is further

**ORDERED, ADJUDGED AND DECREED:** That WLH, PreVu and any subsidiary or affiliated company of defendants is directed, upon service upon it of a copy of this Judgment, to turn over and deliver to PACIFIC CONNECTIONS OF CALIFORNIA, INC. ("PCI") all sums held by WLH and PreVu for the account of PCI, to the extent that such sum does not exceed $411,185.94. Upon compliance with this Order by WLH and PreVu, WLH, PreVu and any subsidiary or affiliated company of defendants is discharged from any and all obligations as a debtor herein.

Dated: New York, New York
       September ____, 2008

_____
Paul A. Crotty, U.S.D.J.