UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PACIFIC CONNECTIONS OF CALIFORNIA, INC.

                          08 CV 6627

           Plaintiff,

-against-

                        **NOTICE OF MOTION**

WILSONS LEATHER HOLDINGS INC.,
PREVU INCORPORATED
           Defendants,
------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the attached Declaration of Vano Haroutunian, sworn to on August 27, 2008 and upon the all the pleadings and proceedings heretofore had herein, plaintiff will move this Court, before the Honorable Paul A. Crotty, U.S.D.J., United States Courthouse, Room 20C, 500 Pearl Street, New York, New York 10007 on a date and time specified by the Court pursuant to Rule 55, of the Federal Rules of Civil Procedure for an Order of Default against defendants WILSONS LEATHER HOLDINGS INC., and PREVU INCORPORATED. for failure to file an appearance or answer, or otherwise plead to plaintiff's complaint.

Dated: New York, New York
       September 2, 2008

                                            BALLON STOLL BADER & NADLER, P.C.

                                            By:_____
                                               Vano Haroutunian (VH-1010)
                                               Attorneys for Plaintiff
                                               729 Seventh Ave – 17th Fl.
                                               New York, New York 10019
                                               (212) 575-7900

To:    Jenner & Block, LLP
       Susan J. Kohlmann, Esq
       919 Third Avenue, 37th Floor
       New York, NY 10022

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PACIFIC CONNECTIONS OF CALIFORNIA, INC.

                                 08 CV 6627

          Plaintiff,

  -against-

                                 **DEFAULT JUDGMENT**

WILSONS LEATHER HOLDINGS INC.,
PREVU INCORPORATED
          Defendants,
------------------------------------------------------------------X

    This action having been commenced on July 25, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendants WILSONS LEATHER HOLDINGS INC. ("WLH") and PREVU INCORPORATED ("PreVu") (formerly known as Wilsons The Leather Experts Inc. ("WLE")) (collectively "defendants") by delivering a true copy of the original documents to STACY A. KRUSE, Chief Financial Officer of WLH and STACY A. KRUSE, Chief Financial Officer of PreVu by FEDEX OVERNIGHT DELIVERY on July 30, 2008 and proof of Service having been filed on August 4, 2008.  The defendants not having answered the Complaint and the time for answering the Complaint having expired, and defendants by letter to the Court dated August 12, 2008 having specifically stated that they will not oppose plaintiff's Motion for a Preliminary Injunction and Attachment, and counsel for the defendants Susan Kohlmann having filed her Motion to Withdraw as Counsel of Record on August 19, 2008, expressly affirming to the Court that defendants "do not intend to defend this lawsuit", it is

    **ORDERED, ADJUDGED AND DECREED**: That the Plaintiff shall have judgment against WLH, PreVu and any subsidiary or affiliated company of defendants in the amount of

$372,143.95, together with interest from August 31, 2006, amounting to $410,835.94 as of August 20, 2008, plus costs and disbursements of this action in the amount of $350.00, amounting in all to $411,185.94; and it is further

**ORDERED, ADJUDGED AND DECREED:** That WLH, PreVu and any subsidiary or affiliated company of defendants is directed, upon service upon it of a copy of this Judgment, to turn over and deliver to PACIFIC CONNECTIONS OF CALIFORNIA, INC. ("PCI") all sums held by WLH and PreVu for the account of PCI, to the extent that such sum does not exceed $411,185.94. Upon compliance with this Order by WLH and PreVu, WLH, PreVu and any subsidiary or affiliated company of defendants is discharged from any and all obligations as a debtor herein.

Dated: New York, New York
      September ____, 2008

---------------------------------------
Paul A. Crotty, U.S.D.J.